UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

XIAO PING HU                                                                        PETITIONER

V.                                              CIVIL CASE NO. 5:26-cv-00217-DCB-BWR

RAFAEL VERGARA                                                              RESPONDENT
*Warden, Adams County Correctional Center*

## **ORDER**

This matter is before the Court *sua sponte*. Pro se Petitioner Xiao Ping Hu, a native and citizen of China, filed a 28 U.S.C. § 2241 Petition challenging his detention, which the Court received March 25, 2026. On August 6, 2025, Petitioner requested and was granted pre-conclusion voluntary departure. ICE Decl. [11-1] at 1. Respondent's Response, filed May 11, 2026, indicated that "Petitioner's removal is imminent." *Id.* at 2. According to the United States Immigration and Customs Enforcement's Online Detainee Locator System, Petitioner is no longer in ICE custody.[1]

IT IS THEREFORE ORDERED that, **on or before June 23, 2026,** Respondent's counsel shall inform the Court whether the Petition is moot because Petitioner is no longer detained.

SO ORDERED, this 16th day of June 2026.

*s/ Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

---

[1] locator.ice.gov (last visited June 16, 2026).